IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00501-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE HECTOR DUENAS-FLORES,
2. ALEJANDRO GONZALEZ-SEPULVEDA,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on defendant Jose Hector Duenas Flores' **Motion for Extension of Time To File Non-CJA Pretrial Motions** [#26] filed December 27, 2011, and defendant Alejandro Gonzalez-Sepulveda's **Unopposed Motion To Continue Deadline for Non-CJA Motions** [#27] filed December 29, 2011. After careful review of the motions and the file,

**IT IS ORDERED** as follows:

1. That defendant Jose Hector Duenas Flores' **Motion for Extension of Time To File Non-CJA Pretrial Motions** [#26] filed December 27, 2011, is **GRANTED** to the extent that all non-CJA pretrial motions shall be filed by January 12, 2012;

2. That defendant Alejandro Gonzalez-Sepulveda's **Unopposed Motion To Continue Deadline for Non-CJA Motions** [#27] filed December 29, 2011, is **GRANTED** to the extent that all non-CJA pretrial motions shall be filed by January 12, 2012;

3. That corresponding responses shall be filed by January 22, 2012;

4. That the existing telephonic setting conference is **VACATED** and **CONTINUED** to **January 23, 2012,** at 10:00 a.m.; and

5. That the **Trial Preparation Conference Order** [#17] entered December 14, 2011, is revised accordingly.

    Dated: December 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.