# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00501-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ALEJANDRO GONZALEZ-SEPULVEDA,

    Defendant.

# MINUTE ORDER[1]

    On April 4, 2013, the court conducted a telephonic setting conference to reset the competency hearing for this defendant. After conferring with counsel and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **July 11, 2013**, commencing at 1:30 p.m., the court shall conduct the competency hearing. The court reserving the remainder of the afternoon for this hearing; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: April 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.