**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00501-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ALEJANDRO GONZALES-SEPULVEDA,

    Defendant.

## ORDER DETERMINING COMPETENCY

**Blackburn, J.**

On July 11, 2013, this matter came before me for hearing under 18 U.S.C. §§ 4241 and 4247(d), for determination of the defendant's competency. The determination of the mental competency of a defendant in a criminal case is governed by 18 U.S.C. § 4241, as codified and construed.

Having judicially noticed all relevant adjudicative facts in the file and record *pro tanto*; having considered the evidence adduced during the competency hearing, including the **Forensic Report** [#125] filed (under restriction) September 20, 2012; having considered the reasons stated, arguments advanced, and authorities cited by the parties; I enter the following findings of fact,[1] conclusions of law, and orders to confirm and supplement those entered from the bench in open court.

**FINDINGS AND CONCLUSIONS:**

1. On June 5, 2012, I entered an **Order For Competency Examination and**

---

[1] My findings of fact are supported by a preponderance of the evidence as required, in part, by 18 U.S.C. § 4241(d).

**Determination** [*#86*], granting the **Amended Motion Determine** [*sic*] **Competency** [#84] filed June 4, 2012, on behalf of Mr. Gonzales-Sepulveda.

2. Pursuant to my order and 18 U.S.C. § 4247(b), David M. Szyhowski, Ph.D., a clinical psychologist with the Federal Bureau of Prisons, conducted a psychological examination of the defendant. On September 20, 2012, I received Dr. Szyhowski's competency examination report [#125]. The report included the information, diagnosis, and opinions required pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4). I may and do approve, adopt, and incorporate the findings, diagnoses, and opinions of Dr. Szyhowski, who opines that Mr. Gonzales-Sepulveda is competent to proceed.

3. The defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore, the defendant is competent to proceed.

4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay from the filing of defendant's motion [#84] on June 4, 2012, to the date of the competency hearing on July 11, 2013, resulting from these competency proceedings should be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c).

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant, **Alejandro Gonzales-Sepulveda**, is declared competent to proceed;

2. That pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay from the filing of defendant's motion [#84] on June 4, 2012, to the date of the competency hearing on July 11, 2013, resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c);

3. That this case is continued to August 15, 2013, at 8:15 a.m. (MDT), for status conference and further proceedings; and

4. That counsel and the defendant shall appear at the next hearing without further notice or order; provided, further, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

Dated July 12, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge